UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAELLA OKON, on behalf of herself and all similarly situated consumers | Case No. 1:20-cv-1967-RJD-PK |
| Plaintiff, | The Clerk of the Court is directed to close this case. |
| v. | So Ordered. 7/14/2021 |
| TELERECOVERY CORPORATION | /s/ Raymond J. Dearie |
| Defendant. | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses, with prejudice, the subject action against Defendant with each party to bear its respective attorneys' fees and costs incurred in this action.

DATED:     July 14, 2021

| | |
|---|---|
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | ADAM J. FISHBEIN, P.C. |
| /s Brendan H. Little | /s Adam J. Fishbein |
| Brendan H. Little, Esq. | Adam J. Fishbein, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 50 Fountain Plaza, Suite 1700 | 735 Central Avenue |
| Buffalo, NY 14202 | Woodmere, NY 11598 |
| P: 716-853-5100 | P: 516-668-6945 |
| F: 716-853-5199 | E: fishbeinadamj@gmail.com |
| E: blittle@lippes.com | |